UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON SIMMONS, | § | |
|     Plaintiff, | § | |
| v. | § | No. 3:15-CV-01700-D |
| RAY JACKSON, et al., | § | |
|     Defendants. | § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the January 24, 2017 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and that defendant Texas Medical Board's motion to dismiss is denied without prejudice as moot.

**SO ORDERED**.

February 9, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE