IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON SIMMONS, | § | |
| Plaintiff, | § § § | |
| v. | § | Case No. 3:15-cv-1700-S-BT |
| RAY JACKSON, et al., | § § § | |
| Defendant. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated September 6, 2018. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**SO ORDERED,** this 24th day of September, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE