IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON SIMMONS, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 3:15-cv-1700-S-BT |
| RAY JACKSON, et al., | § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 7, 2019. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

Accordingly, Plaintiff Jason Simmons's "Motion to Alter or Amend Judgment Pursuant to Rule 59 or to Make Additional Findings of Fact and Conclusions of Law Pursuant to Rule 52(b) in the Alternative," (ECF No. 282), and his "Request to File an Amended Affidavit in Support of Plaintiff's Motion to Alter or Amend Judgment Pursuant to Rule 59 or to Make Additional Findings of Fact Pursuant to Rule 52(b) in the Alternative," (ECF No. 284), are DENIED.

**SO ORDERED,** this 11th day of July, 2019.

*[signature]*

**UNITED STATES DISTRICT JUDGE**

1